UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHH, INC. d/b/a OOZE
WHOLESALE,
        Plaintiff,

v.

ALL ABOUT IT, LLC,
        Defendant.
_____

ALL ABOUT IT, LLC,
        Third-Party Plaintiff

v.

BMZ PARTNERSHIP, LLC, d/b/a
HEADY HARVEST and d/b/a AER
PREMIUM ELECTRONIC
CIGARETTES,

        Third-Party Defendant
_____/

Case No. 19-13223

Honorable Nancy G. Edmunds

**ORDER REGARDING THIRD PARTY DEFENDANT'S
MOTION TO STAY DISCOVERY [40]**

Pending before the Court is Third-Party Defendant BMZ Partnership, LLC's ("BMZ") motion to stay discovery. (ECF No. 40.) In its motion to stay, BMZ asks the Court to enter a protective order staying discovery until the Court enters its ruling on BMZ's motion to dismiss Defendant/Third-Party Plaintiff All About It, LLC's third-party complaint. The Court has since denied BMZ's motion to dismiss. (*See* ECF No. 42.) The motion is therefore **DENIED AS MOOT**.

In addition to requesting a stay of discovery, BMZ also requests that its deadline to respond to Plaintiff's discovery requests be extended to thirty days after BMZ files its

1

answer. BMZ indicates that Plaintiff is not opposed to this relief. For this reason, and having considered the record in this matter in its entirety, the Court finds that BMZ's request should be **GRANTED**. It is therefore **ORDERED** that BMZ's deadline to respond to Plaintiff's discovery requests is extended to thirty days from the date BMZ files its answer in accordance with Federal Rule of Civil Procedure 12(a)(4).

    **SO ORDERED.**

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: July 29, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2020, by electronic and/or ordinary mail.

                                  s/Lisa Bartlett
                                  Case Manager