# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ASHH, INC. D/B/A OOZE WHOLESALE,<br><br>    Plaintiff,<br><br>-vs-<br><br>ALL ABOUT IT, LLC,<br><br>    Defendant<br><br>and<br><br>ALL ABOUT IT, LLC,<br><br>    Third-Party Plaintiff<br>    and Cross-Defendant<br><br>-vs-<br><br>BMZ PARTNERSHIP, LLC,<br><br>    Third-Party Defendant<br>    and Cross-Plaintiff. | Case No. 19-cv-13223-NGE-APP<br><br>Hon. Nancy G. Edmunds<br><br>Magistrate Judge Anthony J. Patti |

## **STIPULATED ORDER OF DISMISSAL**

Upon stipulation of Third-Party Plaintiff and Counter-Defendant All About It, LLC ("All About It") and Third-Party Defendant/Cross-Plaintiff BMZ Partnership, LLC ("BMZ") as set forth below, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all claims asserted by BMZ against All About It and any remaining claims asserted by All About It against BMZ in the above-captioned action are dismissed with prejudice and without costs to any party. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement, if necessary.

Because Plaintiff Ashh, Inc.'s Complaint against All About It was previously dismissed with prejudice and All About It's Third Party Complaint against BMZ was previously dismissed with prejudice, this Order resolves the last pending claims in this matter and closes the case.

IT IS SO ORDERED this 20th day of December, 2021.

s/ Nancy G. Edmunds
HON. NANCY G. EDMUNDS
U.S. DISTRICT JUDGE

STIPULATED AND AGREED:

| /s/ Michael A. Sneyd | /s/ Elana Gloetzner |
|---|---|
| Michael A. Sneyd (P52073) | Elana H. Gloetzner (P62997) |
| Kerr, Russell and Weber, PLC | Langnas & Associates, P.C. |
| Attorneys for Third-Party Defendant/ | Attorneys for Third-Party Plaintiff and |
| Cross-Plaintiff BMZ Partnership, LLC | Counter-Defendant All About It, LLC |
| Dated: December 20, 2021 | Dated: December 20, 2021 |